AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stone, Jr., William F. | Western District of Virginia | 05/8/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Commonwealth of Va. Building
210 Church Ave., SW, Room 209
Roanoke, VA 24011

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Executor | The Estate of ▮▮▮▮ (see note # 4) |
| 4. | Inactive Trustee of various deeds of trust as a result of prior law pract. | Misc. |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Virginia Retirement System - Virginia teacher's pension monthly benefit |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Southern Bankruptcy Law Institute | waiver of seminar registration fee (April 2011 conference) (see note #2) | $750.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter Int'l, Inc. | B | Dividend | K | T | | | | | |
| 2. BP PLC | A | Dividend | K | T | Buy | 09/22/11 | K | | market |
| 3. Cardinal Health, Inc. | A | Dividend | J | T | | | | | |
| 4. Carefusion Corp. | | None | J | T | | | | | |
| 5. Chevron Texaco Corp. (see note #1) | E | Dividend | O | T | | | | | |
| 6. Coca Cola (see note #1) | D | Dividend | N | T | | | | | |
| 7. BB&T Corporation | D | Dividend | N | T | | | | | |
| 8. BB&T Financial, FSB (Insured Bank Deposit Program) | A | Interest | J | T | | | | | |
| 9. Colgate Palmolive Co. | B | Dividend | L | T | | | | | |
| 10. Conagra Foods, Inc. | A | Dividend | K | T | | | | | |
| 11. E.I. duPont | D | Dividend | M | T | | | | | |
| 12. Eaton Corporation | B | Dividend | L | T | | | | | |
| 13. Edwards Lifesciences Corp. | | None | J | T | | | | | |
| 14. Eastman Kodak | | None | J | T | | | | | |
| 15. Exxon Mobil Corp. (see note #1) | E | Dividend | P1 | T | | | | | |
| 16. Freeport McMoran Copper & Gold | B | Dividend | L | T | | | | | |
| 17. General Electric Corp. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eagle - JP Morgan Prime Money Market Fund (see notes #1 & 5) | A | Dividend | L | T | Distributed (part) | 04/13/11 | L | | |
| 19. Raymond James Bank Deposit Program (see note # 5) | A | Interest | L | T | | | | | |
| 20. IBM | A | Dividend | L | T | | | | | |
| 21. Ingles Markets, Inc. | A | Dividend | K | T | Buy (add'l) | 08/10/11 | J | | market |
| 22. | | | | | Buy (add'l) | 09/12/11 | J | | market |
| 23. International Paper | B | Dividend | L | T | | | | | |
| 24. NCR Corp (X) | | None | J | T | | | | | |
| 25. Norfolk Southern Corp. | D | Dividend | N | T | Sold (part) | 07/01/11 | K | E | market |
| 26. | | | | | Sold (part) | 12/22/11 | K | E | market |
| 27. Northwestern Mutual Life Ins. Co. (see note #1) | E | Dividend | N | T | | | | | |
| 28. SPX Corporation | A | Dividend | K | T | | | | | |
| 29. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 30. Sealed Air Corp. (common) | A | Dividend | J | T | | | | | |
| 31. Sprint Nextel Corp. (see note #1) | | None | J | T | | | | | |
| 32. Ultralife Batteries, Inc. | | None | J | T | | | | | |
| 33. W.R. Grace & Co. | | None | K | T | | | | | |
| 34. YUM Brands, Inc. (see note #1) | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Frenesius Medical Care, AG | A | Dividend | K | T | | | | | |
| 36. Pepsico, Inc. (see note #1) | D | Dividend | O | T | | | | | |
| 37. AT&T (see note #1) | A | Dividend | K | T | | | | | |
| 38. Branch Banking & Trust Co. of VA Accts (see note #1) | A | Interest | M | T | | | | | |
| 39. Stifel Nicolaus Insured Bank Deposit Program | A | Interest | K | T | | | | | |
| 40. Frontier Communications | D | Dividend | L | T | Buy (add'l) | 08/08/11 | J | | market |
| 41. | | | | | Buy (add'l) | 09/22/11 | J | | market |
| 42. Republic Services, Inc. | B | Dividend | K | T | | | | | |
| 43. Eagle Growth & Income Fund Class A M/F (see note #1) | E | Dividend | M | T | Buy (add'l) | 01/31/11 | J | | market |
| 44. | | | | | Buy (add'l) | 04/01/11 | J | | market |
| 45. Federated VA Muni Service (formerly VA Muncipal Cash Trust) | A | Interest | L | T | | | | | |
| 46. Archer Daniels Midland Co. | A | Dividend | K | T | | | | | |
| 47. Bristol Meyers Squibb Co. | B | Dividend | K | T | | | | | |
| 48. Eastman Chemical Co. | A | Dividend | J | T | | | | | |
| 49. Glaxo Smith Kline PLC (see note # 1) | D | Dividend | M | T | | | | | |
| 50. Honeywell Int'l Inc. | A | Dividend | J | T | | | | | |
| 51. Intel Corp. (see note #1) | A | Dividend | K | T | Buy | 04/19/11 | J | | market |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/08/11 | J | | market |
| 53. | | | | | Buy (add'l) | 08/19/11 | K | | market |
| 54. Kroger Co. | A | Dividend | K | T | | | | | |
| 55. Whirlpool Corp. | A | Dividend | J | T | | | | | |
| 56. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 57. Johnson & Johnson (see note #1) | B | Dividend | K | T | | | | | |
| 58. Texas Instruments Inc. | A | Dividend | J | T | | | | | |
| 59. Xerox Corporation | A | Dividend | J | T | | | | | |
| 60. Zimmer Holdings | | None | J | T | | | | | |
| 61. Federated Strategic Value Div Fund Class A M/F (X) | A | Dividend | J | T | | | | | |
| 62. Pimco Total Return Fund Class A M/F (X) | A | Dividend | J | T | | | | | |
| 63. Thornburg Investment Income Builder Fund Class I N/L (X) | A | Dividend | J | T | | | | | |
| 64. VanGuard Short Term Bond Index Fund Investor Class N/L (X) | A | Dividend | J | T | | | | | |
| 65. SPDR Index SHS Funds S&P INTL Div ETF (X) | A | Dividend | J | T | | | | | |
| 66. SPDR Series Trust S&P Div ETF | A | Dividend | K | T | Buy | 08/19/11 | K | | market |
| 67. Sector SPDR TR SBI INT-UTILS | A | Dividend | K | T | Buy | 08/19/11 | K | | makret |
| 68. Duke Energy Corp New (X) | A | Dividend | | | Sold | 08/24/11 | J | A | market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Piedmont Nat Gas Inc. (X) | A | Dividend | | | Sold | 08/24/11 | J | | market |
| 70. Spectra Energy Corp. (X) | A | Dividend | | | Sold | 08/24/11 | J | | market |
| 71. General Mls Inc. | A | Dividend | K | T | Buy | 08/24/11 | K | | market |
| 72. IRA #2 | | | | | | | | | |
| 73. -- Verizon Comm. (GTE) Debenture | A | Interest | J | T | | | | | |
| 74. -- Eagle Capital Appreciation Trust Fund | | None | L | T | | | | | |
| 75. -- Eagle Growth & Income Trust Fund | C | Dividend | L | T | | | | | |
| 76. -- Eagle Mid Cap Stock Fund | | None | K | T | | | | | |
| 77. -- Eagle International Equity Fund | | None | K | T | | | | | |
| 78. -- Raymond James Bank Deposit Program (cash balance) | A | Interest | K | T | | | | | |
| 79. IRA #3 | | | | | | | | | |
| 80. -- Eagle Int'l Equity Fund Class A | | None | L | T | | | | | |
| 81. -- Eagle Mid Cap Stock Fund Class A | | None | M | T | | | | | |
| 82. -- Eagle Growth & Income Trust Fund | D | Dividend | M | T | | | | | |
| 83. Trust #1 (1/3 beneficiary) (see note # 3) | | | | | | | | | |
| 84. -- Abbott Labs | C | Dividend | L | T | Buy (add'l) | 06/27/11 | J | | market |
| 85. | | | | | Buy (add'l) | 08/09/11 | J | | market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Aston/River Road Div All Cap Val Fund | B | Dividend | L | T | Buy | 06/23/11 | L | | market |
| 87. -- BB&T Corp. | D | Dividend | O | T | | | | | |
| 88. -- Chevron Texaco Corp. | C | Dividend | M | T | | | | | |
| 89. -- General Electric Co. Com | A | Dividend | K | T | Buy (add'l) | 08/09/11 | J | | market |
| 90. -- Illinois Tool Works, Inc. | A | Dividend | K | T | | | | | |
| 91. -- Intel Corp. | A | Dividend | K | T | Buy (add'l) | 06/27/11 | J | | market |
| 92. | | | | | Buy (add'l) | 08/09/11 | J | | market |
| 93. --Lowes Companies, Inc. | C | Dividend | M | T | | | | | |
| 94. -- Merk Hard Currency Fund | A | Dividend | K | T | Buy | 06/23/11 | K | | market |
| 95. -- Minnesota Mining & Manuf. | B | Dividend | L | T | Buy (add'l) | 08/09/11 | J | | market |
| 96. -- Norfolk Southern Corp. | B | Dividend | K | T | | | | | |
| 97. -- Oracle Corp. | A | Dividend | K | T | | | | | |
| 98. -- Pfizer Inc. | A | Dividend | | | Sold | 06/27/11 | J | B | market |
| 99. -- Raymond James Money Market Account (cash balance) (Y) | | | | | | | | | |
| 100. -- Unilever Plc Adr | A | Dividend | J | T | | | | | |
| 101. -- United Tech Corp. Com | A | Dividend | K | T | | | | | |
| 102. -- Verizon Communications | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- TD Ameritrade Money Market Acct. (Y) | | | | | | | | | |
| 104. --Northwestern Mutual Life Insurance Co. | C | Dividend | M | T | | | | | |
| 105. -- Ishares TR Index MSCI EAFE | C | Dividend | L | T | Sold (part) | 06/22/11 | K | A | market |
| 106. | | | | | Sold (part) | 06/27/11 | K | | market |
| 107. -- Sector SPDR TR SBI | A | Dividend | K | T | | | | | |
| 108. -- Frontier Communications Corp. | B | Dividend | K | T | Buy (add'l) | 08/12/11 | J | | market |
| 109. -- Powershares ETF Intl Divd Achievers | B | Dividend | L | T | Buy | 06/27/11 | K | | market |
| 110. -- SPDR Series Trust S& P Divid ETF | C | Dividend | L | T | | | | | |
| 111. -- Vanguard Short Term Bond Stock Index Fund | B | Dividend | K | T | Sold (part) | 06/22/11 | L | A | market |
| 112. | | | | | Sold (part) | 06/23/11 | J | A | market |
| 113. | | | | | Sold (part) | 12/29/11 | J | A | market |
| 114. Trust #2 | | | | | | | | | |
| 115. -- BB&T checking account | A | Interest | J | T | | | | | |
| 116. CVS Caremark RX Inc. | A | Dividend | J | T | | | | | |
| 117. Centurylink (see note # 1) | B | Dividend | K | T | | | | | |
| 118. Windstream Corp. (common) (see note #1) | A | Dividend | J | T | | | | | |
| 119. Pfizer Inc. | B | Dividend | K | T | Sold (part) | 07/01/11 | K | | market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fundamental Investors 529 Plan | A | Dividend | J | T | | | | | |
| 121. Washington Mutual Investors Fund 529 Plan | A | Dividend | J | T | | | | | |
| 122. AMCAP Fund 529 Plan | A | Dividend | J | T | | | | | |
| 123. SMALLCAP World Fund 529 Plan | A | Dividend | J | T | | | | | |
| 124. Investment Company of America 529 Plan | A | Dividend | J | T | | | | | |
| 125. Unilever N.V. NY SHS New | A | Dividend | K | T | | | | | |
| 126. Redwood TR Inc. REIT | A | Dividend | J | T | | | | | |
| 127. Rental Property, Myrtle Beach, SC (see note #9) | E | Rent | N | R | | | | | |
| 128. Trust #3 | | | | | | | | | |
| 129. -- Raymond James Bank Deposit Program (see note #7) | A | Interest | | | Closed | 03/28/11 | J | | |
| 130. -- Raymond James Cash/Client Interest Program | | None | J | T | | | | | |
| 131. -- SPDR S& P Midcap (see note #8) | A | Dividend | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 132. | | | | | Distributed (part) | 03/17/11 | J | | trust beneficiary |
| 133. | | | | | Sold | 08/24/11 | J | B | market |
| 134. -- Federated Strategic Value Fund Class A M/F | A | Dividend | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 135. | | | | | Distributed (part) | 03/18/11 | J | | trust beneficiary |
| 136. | | | | | Distributed | 04/13/11 | J | | trust beneficiary |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Pimco Total Return Fund Class A M/F | A | Dividend | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 138. | | | | | Distributed (part) | 03/18/11 | J | | trust beneficiary |
| 139. | | | | | Distributed | 03/24/11 | J | | trust beneficiary |
| 140. -- Thornburg Investment Income Builder Fund Class 1 N/L | | None | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 141. | | | | | Distributed (part) | 03/18/11 | J | | trust beneficiary |
| 142. | | | | | Distributed | 03/24/11 | J | | trust beneficiary |
| 143. -- Ishares TR Index Barclys (see note #8) | A | Dividend | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 144. | | | | | Distributed (part) | 03/17/11 | J | | trust beneficiary |
| 145. | | | | | Sold | 08/24/11 | J | A | market |
| 146. --Ishares TR Index Russell 1000GRW (see note #8) | A | Dividend | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 147. | | | | | Distributed (part) | 03/17/11 | J | | trust beneficiary |
| 148. | | | | | Sold | 08/24/11 | J | B | market |
| 149. -- Ishares TR Index Russell 2000 (see note #8) | A | Dividend | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 150. | | | | | Distributed (part) | 03/17/11 | J | | trust beneficiary |
| 151. | | | | | Sold | 08/24/11 | J | B | market |
| 152. -- SPDR Index SHS Funds S&P Int'l | | None | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 153. | | | | | Distributed (part) | 03/17/11 | J | | trust beneficiary |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Distributed | 03/22/11 | J | | trust beneficiary |
| 155. -- Ishares TR US PFD STK IDX (see note #8) | A | Dividend | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 156. | | | | | Distributed (part) | 03/17/11 | J | | trust beneficiary |
| 157. | | | | | Sold | 08/24/11 | J | | market |
| 158. -- Vanguard Short Term Bond Index Fund | A | Dividend | | | Distributed (part) | 03/16/11 | J | | trust beneficiary |
| 159. | | | | | Distributed (part) | 03/23/11 | J | | trust beneficiary |
| 160. | | | | | Distributed | 03/28/11 | J | | trust beneficiary |
| 161. Trust #4 | | | | | | | | | |
| 162. --Eagle - JP Morgan Tax Free Money Market Fund (see note #7) | A | Int./Div. | | | Closed | 03/25/11 | L | | |
| 163. -- Raymond James Cash/Client Interest Program | | None | J | T | | | | | |
| 164. -- Dominion Res. Inc. Va New | A | Dividend | | | Distributed (part) | 03/29/11 | J | | trust beneficiary |
| 165. | | | | | Distributed (part) | 04/05/11 | J | | trust beneficiary |
| 166. | | | | | Distributed (part) | 04/08/11 | J | | trust beneficiary |
| 167. | | | | | Distributed | 06/06/11 | J | | trust beneficiary |
| 168. -- Exxon Mobil Corp. | A | Dividend | | | Distributed (part) | 03/29/11 | K | | trust beneficiary |
| 169. | | | | | Distributed (part) | 04/05/11 | J | | trust beneficiary |
| 170. | | | | | Distributed (part) | 04/08/11 | J | | trust beneficiary |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Distributed | 06/06/11 | J | | trust beneficiary |
| 172. -- Frontier Comunications Inc. | | None | | | Sold | 03/04/11 | J | A | market |
| 173. -- Verizon Communications Inc. | A | Dividend | | | Distributed (part) | 03/29/11 | J | | trust beneficiary |
| 174. | | | | | Distributed (part) | 04/05/11 | J | | trust beneficiary |
| 175. | | | | | Distributed (part) | 04/08/11 | J | | trust beneficiary |
| 176. | | | | | Distributed | 06/06/11 | J | | trust beneficiary |
| 177. -- Piedmont Mun. Pwr Agy | A | Interest | | | Redeemed | 01/03/11 | J | | |
| 178. --Chevron Corp New | A | Dividend | | | Distributed (part) | 03/29/11 | J | | trust beneficiary |
| 179. | | | | | Distributed (part) | 04/05/11 | J | | trust beneficiary |
| 180. | | | | | Distributed (part) | 04/08/11 | J | | trust beneficiary |
| 181. | | | | | Distributed | 06/06/11 | J | | trust beneficiary |
| 182. -- Ishares TR US PFD STK IDX | A | Dividend | | | Sold | 03/04/11 | K | | market |
| 183. -- Sector SPDR TR | | None | | | Sold | 03/04/11 | K | A | market |
| 184. -- Vanguard Short Term Bond Index Fund | A | Dividend | | | Sold | 03/04/11 | K | | market |
| 185. Trust #5 (see note #6) | | | | | | | | | |
| 186. -- BP PLC | A | Dividend | K | T | | | | | |
| 187. -- Citigroup Inc. | | None | | | Sold | 04/28/11 | J | | market |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stone, Jr., William F. | 05/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Duke Energy Corp. New | B | Dividend | L | T | | | | | |
| 189. -- Frontier Communications Corp. | A | Dividend | J | T | | | | | |
| 190. -- Piedmont Nat Gas | B | Dividend | K | T | | | | | |
| 191. -- Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 192. -- Southern Company | B | Dividend | K | T | | | | | |
| 193. -- Spectra Energy Corp. | A | Dividend | K | T | | | | | |
| 194. -- Travelers Companies Inc. | A | Dividend | J | T | | | | | |
| 195. -- Verizon Communications Inc. | A | Dividend | K | T | | | | | |
| 196. -- Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Investments in same companies of reporting person and [        ] have been combined for this report.

2. The waiver of the seminar registration fee is a courtesy provided to all bankruptcy judges by the SBLI. Part V, line 1.

3. 1/3 of total trust asset values and income is reported. Part VII, line 83.

4. The only undistributed asset held in The Estate of [        ] is unsold item(s) of personalty. Part I, line 3.

5. On April 13, 2011, some of the cash held in the Eagle- JP Morgan Prime Money Market Fund was transferred to the Raymond James Bank Deposit Program sweep account. Part VII, lines 18 and 19.

6. This trust was funded on March 9, 2011. All assets disclosed in this section of the report were transferred from [        ] estate on March 9, 2011 into this trust. [        ] is the trustee of this Trust. Part VII, line 185.

7. Funds in this cash sweep account were transferred to the Raymond James Cash/Client Interest Program listed on the following line of the report. Part VII, lines 129 and 162.

8. After the two distributions to trust beneficiaries were made, a final distribution of the footnoted asset to [        ] was made on March 22, 2011. This asset was then sold by [        ] on date reported.

9. The purchase price of the real estate, in 2010, was $405,000, $20,000 of which was allocated to furnishings in the property. Part VII, line 127.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ William F. Stone, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544